IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

 Plaintiff,

vs.

FRANK BOERSIG, JR.
(BOP # 12163-016)

 Defendant.            No. 04-CR-30123-DRH

## ORDER

**Herndon, District Judge:**

  On April 29, 2005, the Court sentenced Defendant to a term of 21 months imprisonment on pursuant to Defendant pleading guilty to several counts of conspiracy involving identity theft and the creation of bogus checks and identity documents, in violation of Title 18, United States Code, Section 371. During sentencing, Defendant was represented by court-appointed counsel, Mr. Greg Roosevelt, pursuant to **18 U.S.C. § 3006A(b)**. Pursuant to **FEDERAL RULE OF CRIMINAL PROCEDURE 35**, the Government now moves the Court to reduce Defendant's sentence because of his substantial assistance in the prosecution of additional criminal offenses (Doc. 25).

  To ensure adequate representation of criminal defendants, **18 U.S.C. § 3006A(c)** provides that "[a] person for whom counsel is appointed shall be represented at every stage of the proceedings from his initial appearance before the

1

United States magistrate or the court through appeal, including ancillary matters appropriate to the proceedings." Accordingly, the Court **RE-APPOINTS** Mr. Greg E. Roosevelt to represent Defendant for the purposes of responding to the Government's Rule 35 motion. The Court **ALLOWS** Mr. Roosevelt up to and including October 6, 2005, to respond to the Government's motion to reduce sentence filed on September 20, 2005. (Doc. 25).

**IT IS SO ORDERED.**

Signed this 21st day of September, 2005.

/s/            David RHerndon
**United States District Judge**

2